MCDONALD, C. J., did not participate in the consideration or decision of this petition.

*Del Atwell,* special public defender, in support of the petition.

*Joy K. Fausey,* deputy assistant state's attorney, in opposition.

Decided March 8, 2000

STATE OF CONNECTICUT *v.* KYLE BAINES

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 443 (AC 19457), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Bruce R. Lockwood,* deputy assistant state's attorney, in opposition.

Decided March 8, 2000

STATE OF CONNECTICUT *v.* JAMAL JENKINS

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 450 (AC 19458), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Kenneth Rosenthal,* special public defender, in support of the petition.

*Bruce R. Lockwood,* deputy assistant state's attorney, in opposition.

Decided March 8, 2000

## BENJAMIN GYADU *v.* A.P.L. AUTO CONSULTING, INC.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 19969) is dismissed.

MCDONALD, C. J., and SULLIVAN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Benjamin Gyadu,* pro se, in support of the petition.

Decided March 8, 2000

## EMPIRE MORTGAGE LTD. *v.* BENJAMIN GYADU

The defendant's petition for certification for appeal from the Appellate Court is dismissed.

MCDONALD, C. J., and SULLIVAN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Benjamin Gyadu,* pro se, in support of the petition.

Decided March 8, 2000

## JOYCE SENIOR *v.* DEPARTMENT OF SOCIAL SERVICES

The plaintiff's petition for certification for appeal from the Appellate Court, 56 Conn. App. 907 (AC 19153), is denied.